NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DUPONT AIR PRODUCTS NANOMATERIALS, LLC,**
*Plaintiff/Counterclaim Defendant-Cross Appellant,*

**and**

**PRECISION COLLOIDS, LLC AND THE VIRKLER COMPANY (DOING BUSINESS AS CHEMICAL TECHNOLOGIES, LLC),**
*Counterclaim Defendants-Cross Appellants,*

**v.**

**CABOT MICROELECTRONICS CORPORATION,**
*Defendant/Counterclaim Plaintiff-Appellant.*

2011-1085, -1088

Appeals from the United States District Court for the District of Arizona in case no. 06-CV-2952, Judge Roslyn O. Silver.

**ON MOTION**

**ORDER**

Dupont Air Products Nanomaterials, LLC, Precision Colloids, LLC, and The Virkler Company move for a 60-day extension of time, until May 31, 2011, to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**MAR 2 4 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
    Wayne L. Stoner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 2 4 2011**

**JAN HORBALY**
**CLERK**